IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BEST DRINKS, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | 1:25-cv-1711 (PTG/LRV) |
| | ) | |
| CONSORZIO DI TUTELA DELLA | ) | |
| DENOMINAZIONE DI ORIGINE | ) | |
| CONTROLLATA PROSECCO, | ) | |
| | ) | |
| *Defendant.* | | |

### ORDER

This matter is before the Court on Plaintiff Best Drinks, LLC's Emergency *Ex Parte* Motion for Temporary Restraining Order ("TRO Motion"). Dkt. 2. A hearing on the matter was set for November 3, 2025, at 11:00 a.m. Dkt. 17. On October 27, 2025, Plaintiff filed a notice advising the Court of recent developments that render the TRO Motion moot. Dkt. 23. Accordingly, it is hereby

**ORDERED** that Plaintiff's Emergency *Ex Parte* Motion for Temporary Restraining Order (Dkt. 2) is **DENIED as moot**; and it is further

**ORDERED** that the hearing on November 3, 2025, at 10:00 a.m., is **TERMINATED**.

Entered this 28th day of October, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

1