**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| Best Drinks, LLC, a Virginia limited liability company | Case No. 1:25-cv-1711 |
| Plaintiff, | |
| v. | |
| Consorzio Di Tutela Della Denominazione Di Origine Controllata Prosecco, an association incorporated under the laws of Italy | |
| Defendant. | |
| --and— | |
| The domain names listed in Exhibit 17 to the original complaint | |
| Domain Name Defendants. | |

## NOTICE OF CHANGE OF COUNSEL INFORMATION

Counsel for Plaintiffs, Jeffrey J. Neuman, hereby notifies the Court that his law firm has changed its name from JJN Solutions, LLC to JJN Solutions Law, PLLC.

This change is in name and professional designation only. The firm remains the same legal entity. There has been no change in counsel of record, representation, or contact information. Other counsel of record remain unchanged.

1

Counsel respectfully requests that the Clerk update the docket to reflect the correct firm name for Mr. Neuman going forward.

DATED:  March 25, 2026,

/s/ Jeffrey J. Neuman
Jeffrey J. Neuman (VSB No. 41744)
Jeff@jjnsolutions.com
JJN Solutions Law, PLLC
9445 Brenner Ct.
Vienna, VA 22180
Tel: 202-549-5079

*Attorney for Plaintiff, Best Drinks LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to:

Charles B. Molster, III (Va. Bar No. 23613)
LAW OFFICES OF CHARLES B.
MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, DC 20007
Telephone: (703) 346-1505
Email: cmolster@molsterlaw.com

*Counsel for Defendant*
*Consorzio di Tutela della Denominazione*
*di Origine Controllata Prosecco*

SIGNED AND DATED this 25th day of March 2026, at Vienna, Virginia.

By:   /s/*Jeffrey J. Neuman*
Jeffrey J. Neuman
**JJN SOLUTIONS LAW, PLLC**
9445 Brenner Ct.
Vienna, VA 22180
(202) 549-5079
Jeff@jjnsolutions.com

3